DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-01-00338-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




§
 APPEAL FROM THE 


IN THE INTEREST OF

S.L.M. AND N.L.M., §
 COUNTY COURT AT LAW OF

CHILDREN


§
 HENDERSON COUNTY, TEXAS







PER CURIAM


 The parties hereto have filed a joint motion to dismiss this appeal. The motion has been
signed by the parties' attorneys and represents that the parties' agreement disposes of all issues
presented for appeal. Because the parties have met the requirements of Tex. R. App. P. 42.1(a)(1),
the motion is granted, and the appeal is dismissed. 


Opinion delivered February 13, 2002.

Panel consisted of Davis, C.J., Worthen, J., and Griffith, J.







(DO NOT PUBLISH)















COURT OF APPEALS


TWELFTH COURT OF APPEALS DISTRICT OF TEXAS


JUDGMENT



FEBRUARY 13, 2002



NO. 12-01-00338-CV


IN THE INTEREST OF S.L.M. AND N.L.M.,


CHILDREN







 Appeal from the County Court at Law


 of Henderson County, Texas. (Tr.Ct.No. CC-98-46)








 THIS CAUSE came to be heard on the appellate record and the joint motion
of the parties to dismiss the appeal herein for the reason that all matters in controversy between
the parties have been compromised, settled, and fully satisfied, and the Court having heard and
considered said motion is of the opinion the same should be Granted.

 It is therefore ORDERED, ADJUDGED and DECREED by the Court that
this appeal be, and the same is, hereby Dismissed; and that all costs of this appeal be, and the
same are, adjudged against the parties incurring same; and that this decision be certified to the
court below for observance.

 By per curiam opinon.

 Panel consisted of Davis, C.J., Worthen, J., and Griffith, J.










THE STATE OF TEXAS


M A N D A T E


TO THE COUNTY COURT AT LAW OF HENDERSON COUNTY, GREETINGS:


 Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 13th
day of February, 2002, the cause upon appeal to revise or reverse your judgment between


IN THE INTEREST OF S.L.M. AND N.L.M., CHILDREN 



NO. 12-01-00338-CV and Tr. Ct. Case Number CC-98-46



Opinion by Per Curiam.



was determined; and therein our said Court made its order in these words:

 THIS CAUSE came to be heard on the appellate record and the joint motion of the parties
to dismiss the appeal herein for the reason that all matters in controversy between the parties have
been compromised, settled, and fully satisfied, and the Court having heard and considered said
motion is of the opinion the same should be Granted.


 It is therefore ORDERED, ADJUDGED and DECREED by the Court that this appeal be,
and the same is, hereby Dismissed; and that all costs of this appeal be, and the same are, adjudged
against the parties incurring same; and that this decision be certified to the court below for
observance.


 WHEREAS, YOU ARE HEREBY COMMANDED to observe the foregoing order of said
Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things
have it duly recognized, obeyed, and executed.


 WITNESS, THE HONORABLE LEONARD DAVIS, Chief Justice of said Court of
Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler,
this the ______ day of __________________, 200_.


 CATHY S. LUSK, CLERK



 By:_______________________________

 Deputy Clerk